UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | : | |
| | : | |
| GULLI, SEAN | : | Case No. 10-19963-BKF |
| GULLI, MICHELE LYNN | : | Chapter 7 |
| | : | |
| Debtors. | : | |

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $5.32 representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Northern VA Oral & Maxillo<br>Berks Credit & Collections Inc<br>PO Box 329<br>Temple PA 19560-0329 | 3 | $1.90 |
| Commonwealth Phys. for Women<br>Acct No 66920<br>1602 Rolling Hills Dr. Ste 201<br>Richmond, VA 23229-5012 | 4 | $0.94 |
| Rjm Acquisitions Llc<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791 | 9 | $0.54 |
| Rjm Acquisitions Llc<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791 | 10 | $0.65 |

| | | |
|---|---|---|
| Verizon<br>PO Box 3037<br>Bloomington, IL 61702-3037 | 15 | $1.29 |

Dated: 11/14/2011          /s/ ROBERT O. TYLER
                          ROBERT O. TYLER, Chapter 7 Trustee
                          TYLER, BARTL, RAMSDELL & COUNTS, PLC
                          300 N. Washington Street, Suite 202
                          Alexandria, Virginia 22314
                          (703) 549-7177